THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213)894-5710
     Facsimile: (213)894-7177
     E-Mail:   frank.kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

JS-6

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV 08-2702 JSL (CWx) |
| Plaintiff, | |
| v. | **CONSENT JUDGMENT** |
| $165,185.00 IN U.S. CURRENCY | |
| Defendants. | |
| ROBERT ANTHONY CORTINI, | |
| Claimant. | |

A.   On or about April 24, 2008, plaintiff United States of

America ("the government" or "the United States of America")

filed a Complaint for Forfeiture alleging that the defendant

("defendant currency"), $165,185.00 in U.S. Currency is subject

to forfeiture pursuant to 21 U.S.C. §§ 881 (a)(6).  On or about
May 27, 2008, claimant Robert Anthony Cortini filed a claim to
$165,185.00 in U.S. Currency. On or about June 19, 2008, claimant
Robert Anthony Cortini filed an answer.

B.   The government and claimant Robert Anthony Cortini, have now
agreed to settle this matter as to the defendant described in
paragraph A and to avoid further litigation between them by
entering into this Consent Judgment.

C.   The Court having been duly advised of and having considered
the matter, and based upon the mutual consent of the parties
hereto,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1.   This Court has jurisdiction over the subject matter of
     this action and over the parties to this Consent
     Judgment of Forfeiture.

2.   As between plaintiff United States of America and
     claimant Robert Anthony Cortini, Complaint for
     Forfeiture states a claim for relief pursuant to 21
     U.S.C. §§ 881 (a)(6).

3.   Notice of this action has been given as required by
     law.  No appearances have been made in this case by any
     person with respect to the defendant described in
     Paragraph A other than claimant Robert Anthony Cortini.
     The Court deems that all other potential claimants
     admit the allegations of the Complaint for Forfeiture
     to be true as to the defendant described in Paragraph
     A.

4.   The United States of America shall have judgment as to $155,185.00 of the defendant currency, plus all interest earned by the government on the entirety of the defendant currency, an no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said assets in accordance with law.

5.   $10,000.00 of the defendant currency, without any interest earned by the government on that amount shall be returned to claimant Robert Anthony Cortini.  Said funds shall be forwarded by check made payable to "Michael G. Raab, Esq., Attorney-Client Trust Account," and shall be mailed to Michael G. Raab, Esq., 1600 Ventura Boulevard, Penthouse Suite 1208, Encino, California 91436.

6.   Claimant, hereby release the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Drug Enforcement Administration, and its respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions, or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs, and interest, which may be asserted by or on behalf of claimant Robert Anthony

1          Cortini, whether pursuant to 28 U.S.C. § 2465 or

2          otherwise.

3     7.   The Court finds that there was reasonable cause for the

4          seizure of the defendant described in Paragraph A and

5          institution of these proceedings against the said

6          defendant.   This judgment shall be construed as a

7          certificate of reasonable cause pursuant to 28 U.S.C. §

8          2465 as to the said defendant.

9

10   //

11   //

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8.    The Court further finds that claimant Robert Anthony
Cortini, did not substantially prevail in this action,
and each of the parties hereto shall bear its own
attorney fees and costs.

DATED: January 6, 2009

*Spencer Letts*

_____
THE HONORABLE J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE


CONSENT

The parties hereto consent to the above judgment and waive
any right to appeal this judgment.

DATED: December ___, 2008      THOMAS P. O'BRIEN
                               United States Attorney
                               CHRISTINE C. EWELL
                               Assistant United States Attorney
                               Chief, Criminal Division
                               STEVEN R. WELK
                               Assistant United States Attorney
                               Chief, Asset Forfeiture Section


                               _____
                               FRANK D. KORTUM
                               Assistant United States Attorney

                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA

DATED: December ___, 2008


                               _____
                               MICHAEL G. RAAB

                               Attorney for Claimant
                               ROBERT ANTHONY CORTINI